1
2
3
4
5
6
7
8

9                   UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11                  **(HONORABLE JEFFREY T. MILLER)**

12   UNITED STATES OF AMERICA,        )   CASE NO.  09CR1491-JM
                                      )
13                   Plaintiff,       )   DATE:  OCTOBER 23, 2009
     v.                               )   TIME:    9:00 A.M.
14                                    )
                                      )   **ORDER CONTINUING SENTENCING**
15   **DEMETRIO RUBIO,**              )   **HEARING**
                                      )
16                   Defendant.       )
                                      )
17   _____

18        FOR GOOD CAUSE SHOWN the sentencing hearing date for defendant, Demetrio Rubio,

19   be continued from October 23, 2009 at 9:00 a.m. to ***November 13, 2009 at 9:00 a.m.***  The reason

20   for this request is that defense counsel will be out of the country.  Mr. Rubio currently is in custody.

21        SO ORDERED.

22   DATED:  October 23, 2009

23                                          _____
                                            Hon. Jeffrey T. Miller
24                                          United States District Judge

25
26
27
28